# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3199
_____

Clayton Walker

*Plaintiff - Appellant*

v.

Steve Barnett, Secretary of State; Marcia Hultman, Department of Labor

*Defendants - Appellees*

United States of America; Unknown Federal Persons

*Defendant*s
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: April 7, 2021
Filed: April 12, 2021
[Unpublished]
_____

Before GRUENDER, MELLOY, and KELLY, Circuit Judges.
_____

PER CURIAM.

South Dakota resident Clayton Walker appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we conclude that the court did not abuse its discretion in dismissing the complaint for failure to properly serve the defendants. See Mac v. Dillon, 594 F.3d 620, 622 (8th Cir. 2010) (per curiam) (standard of review). We also deny the motion for PACER access as moot. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.